

RIKER DANZIG SCHERER HYLAND PERRETTI LLP

ATTORNEYS AT LAW



Kevin J. Larner
Attorney

Direct:
973.451.8529
klarner@riker.com
Reply to: Morristown

**MEMO ENDORSED**

December 2, 2008

**Via Federal Express**

Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/09
```

Re:    Merida Associates, Inc. v. The Pinnacle Westchester, LLC, et al.
       Civil Action No. 08-9679 (DLC)

Dear Judge Cote:

This firm represents Marin Ginsburg and Ginsburg Development Companies, LLC, defendants in the above-referenced civil action. Please accept this letter in lieu of my November 26, 2008 letter regarding this same matter which mistakenly included an incorrect Civil Action Number.

As detailed in our Notice of Removal filed with this Court on November 10, 2008, this lawsuit was removed from the Supreme Court of New York, Westchester County, pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 1452, given the fact that this lawsuit is related to the Chapter 11 bankruptcy case styled In re Ridgemour Meyer Properties, LLC, Bankruptcy Case No. 08-13153 (SMB), currently pending before the Honorable Stuart M. Bernstein, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York.

We therefore respectfully request that, pursuant to 28 U.S.C. § 157 and the Standing Order of Reference signed by Acting Chief Judge Robert J. Ward dated July 10, 1984, Your Honor refer this case to the United States Bankruptcy Court for the Southern District of New York for further proceedings.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com

Hon. Denise L. Cote, U.S.D.J.
December 2, 2008
Page 2

Please have Your Honor's chambers contact me if you have any questions or concerns regarding this request.

Respectfully submitted,

Kevin J. Larner

cc: (All via Federal Express)
Scott H. Wyner, Esq.
Ellen A. August, Esq.
Brad K. Schwartz, Esq.
Kenneth Silverman, Esq.

> Having received no opposition to this request, the case is referred to the Bankruptcy Court, In re Ridgemour Meyer Properties, 08-13153 (SMB). The February 6 conference before the Court is cancelled. The Clerk of Court shall close this case on the SDNY docket.
>
> Denise Cote
> February 4, 2009