Scott H. Wyner, Esq.
750 Third Avenue
New York, NY 10017
(212) 922-9393
*Attorney for Merida Associates, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

*In re*

RIDGEMOUR MEYER PROPERTIES, LLC,

                      Debtor.

------------------------------------------------------------

MERIDA ASSOCIATES, INC.,

                      Plaintiff,

-against-

THE PINNACLE-WESTCHESTER, LLC,
GINSBURG DEVELOPMENT COMPANIES,
LLC, MARTIN GINSBURG, RIDGEMOUR
MEYER PROPERTIES, LLC and WILLIAM
MEYER,

                      Defendants.

------------------------------------------------------------ x

Chapter 11

United States Bankruptcy Court, SDNY
Case No. 08-13153 (SMB)

No. 09 – 01034 (SMB)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Scott H. Wyner, Esq., hereby appear as counsel of record for plaintiff Merida Associates, Inc. and hereby requests that service upon the plaintiff of all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated: New York, New York
         February 12, 2009

                                    **SCOTT H. WYNER, ESQ.**

                                    By: *s/ Scott H. Wyner*
                                    750 Third Avenue, 29th Floor
                                    New York, NY 10017
                                    Tel.: 212-922-9393
                                    shwyner@gmail.com